**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00208-JLK-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL MASCARENAS,

        Defendant.

---

**ORDER DISCHARGING THE DEFENDANT FROM THE
LOCATION MONITORING PROGRAM**

---

        This matter comes before the Court upon report of the Probation Office concerning the violation of supervised release hearing held on May 1, 2009, where, due to positive adjustment, supervised release was continued by the Court with a special condition that the defendant remain on the Location Monitoring Program (LMP) until his supervision discharge date of September 17, 2009. The Probation Officer advises that the defendant has been compliant with all supervision conditions, is stable in both residence and employment, and has been compliant with his drug treatment program. As a result, the Probation Office recommends that the defendant be discharged from the LMP. The government has no objection to this proposed relief. It is

        ORDERED that the defendant be discharged from the LMP.

        DATED at Denver, Colorado, this 19th day of August, 2009.

                              BY THE COURT:

                              ***s/John L. Kane***
                              JOHN L. KANE
                              Senior United States District Judge